The CORPORATION OF THE CITY OF NEW-YORK, in the matter of enlarging and improving *Dover-Street,* &c.

Before the appointment of commissioners of estimate and assessment, for opening, enlarging, &c. of streets in the city of New-York, under the act, sess.

*EDWARDS,* in behalf of the corporation, presented a petition, praying leave to discontinue all further proceedings in this matter.

It appeared, that in *May* term, 1818, the corporation, pursuant to the act, sess. 36. ch. 86. presented their petition

36. ch. 86. s. 177, 178. &c. (2 *N. R. L.* 342: 408. 413.) the Court, on the petition of the corporation of the city, for that purpose, will order all further proceedings to be discontinued.

for the appointment of commissioners of estimate and assess- ment, relative to the enlarging, straitening, and improving of *Dover-Street*, and for closing a part of the said street. Three commissioners were accordingly appointed, who, in *March*, 1819, made a representation to the corporation, that they were unable to make the necessary report, for the reasons therein stated, and tendering their resignation. In *May* term, 1819, new commissioners were appointed, by an order of the Court, who proceeded and made a report of estimate and assessment, and a supplemental report, as to various objections by persons interested subsequently submitted to them. This report, with the supplemental report, objections, &c. was presented at *January* term, 1820; and the Court, after hearing the parties, refused to confirm the report, and appointed three other commissioners to make the estimate and assessment; but the commissioners so appointed refused to act. On the second day of *October* last, the mayor, aldermen, and commonalty, in common council convened, passed a resolution, instructing their counsel to apply to the Court for leave to discontinue all further proceeding in the matter of *Dover-Street;* which resolution was, by their order, published in the city newspapers.

A motion was now made, accordingly, for leave to discontinue the proceedings.

*Bogardus*, in behalf of several proprietors of adjoining lots, opposed the motion. He contended, that the owners of the lots, which were to be taken for this public improvement, had, in consequence of the proceedings which had taken place, acquired a vested right to compensation, so that the corporation, after having instituted proceedings under the act, and gone on to make the estimate and assessments, had not now power to discontinue. That the corporation, under the act, (sess. 36. ch. 86. s. 177, 178, 179. 2 *N. R. L.* 342. 408. 413.) had only a delegated power; and having once passed an ordinance for enlarging and improving the street, they were bound to carry it into effect. After the ordinance had passed, and the property of individuals had been ordered to be taken for the purpose of mak-

**ALBANY,**
January, 1821.

THE CORPORA-
TION OF NEW-
YORK
v.
DOVER-STREET.

ALBANY,
January. 1821.

Burr
v.
Waterman.

ing the proposed alterations, the owners could no longer improve or dispose of their lots; and it would be an act of injustice to them, now, after more than five years have elapsed, to discontinue the proceedings, and deny them all compensation. The proceedings under the act, after being approved by the Court, are to be final and conclusive, and the corporation have no right to interfere and stop them. (6 *Johns. Rep.* 1.)

*Per Curiam.* As the report of one set of commissioners has been set aside, and the others have refused to act, we consider the application as if made before the appointment of any commissioners: And before commissioners, &c. are appointed, or report made, we do not perceive how any rights can be so vested as to deprive the corporation of the power of refusing to go on, or that can require of this Court to deny their application for leave to discontinue all further proceedings. We, therefore, grant the motion to discontinue.

Motion granted.